**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**BILLY PARADISE, ADC #87129,
RONALD WILLIAMS, ADC #113905, and
MARCUS A. SHELTON, ADC #112590**                                          **PLAINTIFFS**

**V.**                                    **5:15CV00110-BRW-JTK**

**GERALD ROBINSON, et al.**                                          **DEFENDANTS**

<u>**ORDER**</u>

The Court has received proposed findings and recommendations from United States

Magistrate Judge Jerome T. Kearney.  No objections were filed, and the time for doing so has

passed.  After a review of those proposed findings and recommendations and a <u>de novo</u> review

of the record, the Court adopts them in their entirety.  Accordingly,

1.      Plaintiffs' Complaint against Defendants is DISMISSED, for failure to state a

claim upon which relief may be granted.

2.      This dismissal constitutes a "strike" within the meaning of the PLRA.

3.      The Court certifies that an <u>in forma pauperis</u> appeal from an Order and Judgment

dismissing this action would not be in good faith, under  28 U.S.C. § 1915(g).

IT IS SO ORDERED this 15th day of July, 2015.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE